UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:12cr239 |
| v. ) | |
| ) | |
| (6) TOBY HUNTER ) | **SCHEDULING ORDER** |
| (7) STEVEN JONES ) | |
| (13) CARRIE TYSON ) | |
| (14) JAMES TYSON, JR. ) | |
| (20) FRANK DESIMONE ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion.

**THE COURT ORDERS THAT:**

Motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14, 16, 18 and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **December 13, 2013**; responses to those motions shall be filed no later than **December 20, 2013,** and reply briefs shall be filed no later than **December 31, 2013.**

Proposed jury instructions shall be filed no later than **December 31, 2013.**

Signed: November 14, 2013

Graham C. Mullen
United States District Judge