# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 3:12-CR-239 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARRIE TYSON (13) | ) | |
| | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Defendant's letter to chambers dated January 28, 2014 (Doc. No. 489). Defendant is ordered to cease sending correspondence directly to chambers. If the Defendant wishes to notify the Court of something or request something from the Court, it should be in the form of a motion and should be filed with the Clerk of Court.

The Clerk of Court shall certify copies of this Order to the U.S. Marshal Service and the Bureau of Prisons.

**SO ORDERED.**

Signed: February 18, 2014

Graham C. Mullen
United States District Judge