UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | Case No.: 3:12-CR-239 |
|---|---|---|
| vs. | ) | |
| CARRIE TYSON (13) | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Defendant's recent letter filings and the Government's Notice in Response (Doc. No. 525). Based on these filings, the Court will conduct an inquiry into status of counsel hearing to determine if current counsel can continue to represent the Defendant.

**IT IS THEREFORE ORDERED** that the Court will conduct a hearing on **Tuesday March 18, 2014 at 2 p.m. in Courtroom 3 in the Charlotte Division.**

**IT IS FURTHER ORDERED** that the United States Marshal Service and the Bureau of Prisons shall produce and transport the body of Defendant Carrie Tyson, a federal prison inmate, who is a party in the above-captioned case, to be present at this hearing before the Honorable Graham C. Mullen.

The Clerk of Court shall certify copies of this Order to the U.S. Marshal Service and the Bureau of Prisons.

**SO ORDERED.**

Signed: March 3, 2014

Graham C. Mullen
United States District Judge