IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO: 3:12-cr-239 |
| vs. | ) | |
| | ) | **ORDER** |
| CARRIE TYSON (13), | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the unopposed Motion to Withdraw as Counsel by David Q. Burgess (Doc. No. 536). The Court conducted a hearing on this matter on March 18, 2014. For the reasons stated at the hearing, and for good cause shown, the Motion is **GRANTED** and David Q. Burgess is hereby relieved of his duties as counsel of record for Defendant Carrie Tyson.

Also before the Court is Defendant's *pro se* Motion Requesting Waiver to Represent Herself (Doc. No. 527). At the hearing, Defendant stated that she was in the process of retaining counsel. As such, the Court will reserve judgment on the Defendant's Motion until Defendant is either able to retain counsel or concludes that she wishes to represent herself.

**SO ORDERED.**

Signed: March 19, 2014

Graham C. Mullen
United States District Judge

1