UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | Case No.: 3:12-CR-239 |
|---|---|---|
| vs. | ) | |
| CARRIE TYSON (13) | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Defendant's Motion Requesting Waiver to Represent Herself (Doc. No. 527). On March 18, 2014, the Court conducted a hearing on this and other matters. At the hearing, Defendant stated that she was in the process of retaining counsel. Subsequently, the Court reserved judgment on the Defendant's Motion until such time as Defendant was able to retain counsel or concluded that she wished to represent herself (Doc. No. 537). As some time has passed since the hearing, the Defendant is directed to provide the Court with an update regarding her efforts to retain counsel.

**IT IS THEREFORE ORDERED** that Defendant shall submit to the Court an update regarding her efforts to retain counsel. This should be written and filed with the Clerk of Court within **fourteen (14) days** of service of this order. The Clerk of Court is directed to provide a copy of this order to the Defendant.

**SO ORDERED.**

Signed: July 1, 2014

Graham C. Mullen
United States District Judge