UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 3:12-CR-239 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARRIE TYSON (13) | ) | |
| _____ | ) | |

# **ORDER**

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Defendant's Motion Requesting Waiver to Represent Herself (Doc. No. 527) as well as Defendant's Motions to Withdraw Plea of Guilty (Doc. Nos. 520 & 526). On March 18, 2014, the Court conducted a hearing on this and other matters. At the hearing, Defendant stated that she was in the process of retaining counsel. Subsequently, the Court reserved judgment on the Defendant's Motion Requesting Waiver until such time as Defendant was able to retain counsel or concluded that she wished to represent herself (Doc. No. 537).

The Court held a follow-up hearing on this matter on August 27, 2014 and instructed Defendant that the Court will take up her Motion to Withdraw Plea of Guilty in 30 days' time. The Court understands that Defendant is still attempting to obtain counsel; therefore, prior to the hearing, Defendant may (1) continue to attempt to retain counsel, (2) conclude that she wishes to represent herself, or (3) request that the Court appoint an attorney for her. **If the Defendant wishes to have the Court appoint an attorney for her, she must give the Court written notice within fourteen (14) days of the date of this order.** Upon receiving such notice, the Court will have an attorney appointed to represent her.

**IT IS THEREFORE ORDERED** that the Court will conduct a hearing on Defendant's Motions to Withdraw Plea of Guilty (Doc. Nos. 520 & 526) on **October 7, 2014 at 2 p.m. in Courtroom 3 in the Charlotte Division**.

**IT IS FURTHER ORDERED** that if the Defendant wishes to have a court-appointed attorney, she must give the Court written notice within fourteen (14) days of the date of this order.

The Clerk of Court is directed to certify copies of this order to the U.S. Marshal Service and to the Defendant.

**SO ORDERED.**

Signed: September 2, 2014

*[signature]*

Graham C. Mullen
United States District Judge