UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | Case No.: 3:12-CR-239 |
|---|---|---|
| vs. | ) ) ) | |
| CARRIE TYSON (13) | ) ) | |

# ORDER

**THIS MATTER IS BEFORE THE COURT** upon Defendant's Motion to Withdraw Plea of Guilty (Doc. No. 864) and in consideration of Defendant's Notice of Withdrawal of that motion (Doc. No. 959). The Court conducted a hearing on this matter on April 10, 2015. For the reasons stated at the hearing, the withdrawal of Defendant's motion is allowed. Defendant's pending *pro se* motions to withdraw plea of guilty (Doc. Nos. 520 & 526) and for waiver to represent herself (Doc. No. 527) are **DENIED** as **MOOT**.

The Clerk of Court is directed to certify copies of this order to the U.S. Probation Office and to the Defendant.

**SO ORDERED.**

Signed: April 13, 2015

Graham C. Mullen
United States District Judge