# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CR-00239-GCM

| | |
|---|---|
| **UNITED STATES,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **CARRIE TYSON,** | |
| **Defendant.** | |

THIS MATTER COMES before this Court on the Court's own motion. Defendant Carrie Tyson filed a Motion for Compassionate Release/Reduction of Sentence (Doc. No. 1336). The Court instructs the Government to respond to this Motion within sixty (60) days of entry of this Order.

SO ORDERED.

Signed: January 12, 2021

Graham C. Mullen
United States District Judge